No. 4224.—Pueblo, apldo., v. Nieves y Hernández, apltes. —C. D. Aguadilla. Diciembre 12, 1930.

Por los motivos consignados en nuestra resolución de hoy en el caso número 4223 de *El Pueblo de Puerto Rico* v. *Jesús Hernández Nieves supra,* se confirma la sentencia objeto de esta apelación.

No. 4302.—Pueblo, apldo., v. Irizarry, aplte.—C. D. Mayagüez. Febrero 16, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Confirmada la sentencia por no existir el error imputado de ser insuficiente la prueba.

No. 4247.—Pueblo, apldo., v. León Lugo, aplte.—C. D. Ponce. Febrero 24, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Revocada la sentencia y devuelto el caso para nuevo juicio, de acuerdo con la doctrina establecida en *El Pueblo* v. *Bermúdez,* 39 D.P.R. 826, y *El Pueblo* v. *Alvarado,* 35 D.P.R. 281.